GREGORY K. KLINGSPORN (203649)
NICOLAS A. FLEGEL (229360)
JORGENSON, SIEGEL,
McCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, CA 94025
Telephone:     (650) 324-9300
Facsimile:      (650) 324-0227

Attorneys for Defendants VR LABS, INC.
and VR LABORATORIES, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A PACKAGING SYSTEMS, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**JOHN WILLIAMS, JR., individually and d/b/a WILLIAMS SPECIALTY BOTTLING, and JOHN WILLIAMS, SR., individually, and d/b/a WILLIAMS SPECIALTY BOTTLING,**<br><br>    Defendants. | Case No.: CV 13 80 203MISC<br><br>Northern District of Indiana<br>Civil Action No. 3:13-CV-174<br><br>[~~PROPOSED~~]<br>ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO FILE BRIEFS REGARDING EMERGENCY MOTION TO QUASH FILED SEPTEMBER 20, 2013<br>(DKT. NO. 1.)<br><br>[L.R. 6-2] |

Pursuant to the stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED, that VR Labs, Inc. and VR Laboratories, LLC (collectively "VR Labs") are granted leave to file an Amended Emergency Motion To Quash Subpoena And For Other Relief ("the Amended Motion") to supplement the Emergency Motion to Quash filed in this Court on September 20, 2013 (Docket No. 1). It is further ordered that Plaintiff

1

2

A Packaging Systems, LLC shall file any opposition to the Amended Motion on or before October 16, 2013, and VR Labs shall file any reply on or before October 23, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/8/13

_____
Susan Illston, United States District Judge

# CERTIFICATE OF SERVICE

When All Case Participants are Registered for the Northern District's CM/ECF System

I hereby certify that I electronically filed the **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO FILE BRIEFS REGARDING EMERGENCY MOTION TO QUASH FILED SEPTEMBER 20, 2013 (DKT. NO. 1.)** on behalf of VR LABS, INC. and VR LABORATORIES, LLC, with the Clerk of the Court for the United States District Court for the Northern District of California, San Francisco by using the Northern District's CM/ECF system on October 2, 2013.

I certify that all participants in the case are registered CM/ECF users and that service was accomplished by the CM/ECF system to email addresses:

George William Wolff - george@wolfflaw.com, (email address on file w/No. District)
Kristin Kathleen Kerr - kristin@wolfflaw.com (email address on file w/No. District)
Nicholas T Otis - ntotis@nlkj.com (email address on file w/No. District)

/ s /
KELLY RODRIGUEZ

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2013, I served the foregoing **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO FILE BRIEFS REGARDING EMERGENCY MOTION TO QUASH FILED SEPTEMBER 20, 2013 (DKT. NO. 1.)** by email to:

Mike Cavosie
E. Roy Rodabaugh
Easter & Cavosie
10455 N. College Ave.
Indianapolis, IN 46280
317-708-8830
mcavosie@easterandcavosie.com
rrodabaugh@easterandcavosie.com
*Counsel for Defendants*

/ s /
KELLY RODRIGUEZ